# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 30, 2016

### NO. 03-15-00324-CV

**Jean-Michel Guerin, Appellant**

**v.**

**Tina Renee Leone, Appellee**

**APPEAL FROM 426TH DISTRICT COURT OF BELL COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND BOURLAND
AFFIRMED -- OPINION BY JUSTICE PEMBERTON**

This is an appeal from the decree signed by the district court on February 27, 2015. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's decree. Therefore, the Court affirms the district court's decree. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.